IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BENNETT COMMUNICATIONS OF PENNSYLVANIA, INC. | : | CIVIL ACTION |
| v. | : | |
| JACK K. HIBBARD | : | NO. 09-3633 |

ORDER

AND NOW, this 18th day of November 2009, upon consideration of the defendant's Motion to Dismiss, and the response thereto, IT IS ORDERED:

That the Motion is GRANTED. Counts II, V, and VI are DISMISSED WITHOUT PREJUDICE. The plaintiff is granted leave to file an amended complaint within 20 days.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,     Sr. J.